UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____aaaa

Chapter: _____aaaa

Hearing Date: _____aaaa

Judge: _____aaaa

**ADJOURNMENT REQUEST**

1. I, _____,

   ☐ am the attorney for: _____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____        _____
                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

After the adjournment request form was submitted, the court received e-mails dated 5/8/17 from counsel for US Bank and counsel for the IRS consenting to the adjournment. (dmm)

**"""""""""""""""""""""""""IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

*new.8/1/15*