## NOTICE OF OBJECTION TO CONFIRMATION

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 has filed papers with the Court to object to the Confirmation of the Chapter 11 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 11 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1. File with the Court an answer, explaining your position at:

**Clerk
U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| PHELAN HALLINAN DIAMOND & JONES, PC | JEFFREY M. SPONDER, ESQUIRE |
| 400 FELLOWSHIP ROAD, SUITE 100 | OFFICE OF U.S. TRUSTEE |
| MT. LAUREL, NJ 08054 | ONE NEWARK CENTER |
| | NEWARK, NJ 07102 |

2. Attend the hearing scheduled to be held on 08/17/2017 in the TRENTON Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: June 27, 2017

/s/ Michael Dingerdissen
Michael Dingerdissen, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 31614
Fax: 856-813-5501
Email: michael.dingerdissen@phelanhallinan.com

File No. 779633
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE
FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1

| In Re:<br>　　　　PAUL VINCENT SCHAEDER<br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 11<br><br>Case No. 16-24276 - KCF<br><br>Hearing Date: 08/17/2017 |
|---|---|

　　　　The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1, the holder of a Mortgage on debtors residence located at 1094 LONG BEACH BOULEVARD, BEACH HAVEN, NJ 08008 hereby objects to the Confirmation of the debtor's proposed Chapter 11 Plan and Disclosure Statement on the following grounds:

　　　　1.　　Movant is U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1.

　　　　2.　　Debtor, PAUL VINCENT SCHAEDER is the owner of the property located at 1094 LONG BEACH BOULEVARD, BEACH HAVEN, NJ 08008.

　　　　3.　　Movant objects to the terms of the proposed Chapter 11 Plan as they impair Movant's valid secured lien.

　　　　4.　　Movant filed a secured Proof of Claim as Claim No. 3 on November 23, 2016 with a secured pre-petition amount of $457,563.25 and a total secured claim of $1,204,749.17.

　　　　5.　　The Debtor's Chapter 11 Plan fails to timely cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

6. Movant objects to Debtors' Plan as it is underfunded. Debtors' Plan should be amended to fully fund the arrears owed to Movant. Confirmation of Debtors' proposed Plan should be denied.

7. The Debtor's proposed Chapter 11 Plan lists Movant's claim as Class 2 and is attempting to cram down Movant's secured lien by listing the total collateral value as $432,000.00 and seeking to pay the debt over 360 monthly installments.

8. Movant objects to this treatment of its claim and the proposed valuation of the property under 11 U.S.C. §506, as it takes the position that the subject property value far exceeds that amount being claimed by the Debtor.  Additionally, Movant objects to the proposed interest rate to be paid through the Chapter 13 cramdown, as the rates of 2% for year 1-2 and 4% for year 3-30 are below market rates and below the current adjusted rate as per the note.

9. Movant requests the opportunity to conduct an appraisal of the subject property and have a Valuation Hearing scheduled, if needed.

10. Movant requests that the confirmation of Debtor's Chapter 11 Plan be denied in its entirety.

### 1111(b) Election

11. Movant seeks to make an 1111(b) Election whereby the entire secured claim must be paid.  The 1111(b) Election is being filed separately.

WHEREFORE, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 respectfully requests that the Confirmation of Debtor's Plan be denied.

/s/ Michael Dingerdissen
Michael Dingerdissen, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 31614
Fax: 856-813-5501
Email: michael.dingerdissen@phelanhallinan.com

Dated: June 27, 2017

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

779633
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1

In Re:

PAUL VINCENT SCHAEDER

Case No: 16-24276 - KCF

Hearing Date: 8/17/2017

Judge: KATHRYN C. FERGUSON

Chapter: 11

## CERTIFICATION OF SERVICE

1. I, Maritza Blumenthal:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 27, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  June 27, 2017            /s/ *Maritza Blumenthal*
                                     Maritza Blumenthal

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PAUL VINCENT SCHAEDER<br>1094 LONG BEACH BOULEVARD,<br>BEACH HAVEN, NJ 08008 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| PAUL VINCENT SCHAEDER<br>1096B LONG BEACH BOULEVARD,<br>BEACH HAVEN, NJ 08008 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| THADDEUS R. MACIAG, ESQUIRE<br>475 WALL STREET<br>PRINCETON, NJ 08540 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| JEFFREY M. SPONDER, ESQUIRE<br>OFFICE OF U.S. TRUSTEE<br>ONE NEWARK CENTER<br>NEWARK, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2

```
AT&T
PO Box 537104
Atlanta, GA 30353


Long Beach Twp Tax Collector
Municipal Building
6805 Long Beach Blvd.
Brant Beach, NJ 08008


Long Beach Twp Water & Sewer Utility
6805 Long Beach Blvd.
Beach Haven, NJ 08008


NationStar Mortgage
PO Box 619063
Dallas, TX 75261


North Hudson Sewer Authority
PO Box 71352
Philadelphia, PA 19176-1352


Ocwen Mortgage
PO Box 785061
Orlando, FL 32878-5061
```