Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–24276–KCF
Chapter:  11
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Paul Vincent Schaeder
    1096B Long Beach Blvd.
    Beach Haven, NJ 08008
Social Security No.:
    xxx–xx–5068
Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Thaddeus R. Maciag on behalf of the debtor.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

☐    The corporate debtor is self–represented.

☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 9/19/17
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Dated: August 17, 2017
JAN: mrg

Jeanne Naughton
Clerk