Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.:  16−24276−KCF
                Chapter:  11
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Paul Vincent Schaeder
    1096B Long Beach Blvd.
    Beach Haven, NJ 08008

Social Security No.:
   xxx−xx−5068

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Thaddeus R. Maciag on behalf of the debtor.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 9/19/17
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: August 17, 2017
JAN: mrg

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Paul Vincent Schaeder  
Debtor

Case No. 16-24276-KCF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 17, 2017  
Form ID: 170    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.

```
db          +Paul Vincent Schaeder,    1096B Long Beach Blvd.,    Beach Haven, NJ 08008-5626
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GRE,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516305862   +Long Beach Twp Tax Collector,    Municipal Building,    6805 Long Beach Blvd.,
              Brant Beach, NJ 08008-3665
516305863   +Long Beach Twp Water & Sewer Utility,    6805 Long Beach Blvd.,    Brant Beach, NJ 08008-3665
516305864   +NationStar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
516305865    North Hudson Sewer Authority,    PO Box 71352,    Philadelphia, PA 19176-1352
516445487   +North Hudson Sewerage Authority,    1600 Adams Street,    Hoboken, New Jersey 07030-2304
516305866    Ocwen Mortgage,    PO Box 785061,    Orlando, FL 32878-5061
516865262  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of the Treasury,
              Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: cio.bncmail@irs.gov Aug 17 2017 23:08:11    Dist Dir of IRS,
              Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2017 23:08:41    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2017 23:08:38    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516305861   +E-mail/Text: g20956@att.com Aug 17 2017 23:09:11    AT&T,    PO Box 537104,
              Atlanta, GA 30353-7104
516514933   +Fax: 407-737-5634 Aug 17 2017 23:40:31    Ocwen Loan Servicing, LLC,
              ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
              West Palm Beach, FL 33409-6493
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516333753     Daniel Dell
516333754     William Perez
516317885*   +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               HarborView Mortgage Loan Trust Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
               TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2007-AR1 nj.bkecf@fedphe.com
              Thaddeus R. Maciag    on behalf of Debtor Paul Vincent Schaeder MaciagLaw1@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```