UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtor-in-Possession

In Re:

  Paul Vincent Schaeder,

      Debtor-in-Possession

| | |
|---|---|
| Case No.: | 16-24276-KCF |
| Chapter: | 11 |
| Hearing Date: | 9/19/2017 |
| Judge: | Ferguson |

## ADJOURNMENT REQUEST

1. I, Thaddeus R. Maciag Esq.,

   ☒ am the attorney for: Debtor-in-Possession,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Voluntarily Dismiss

   Current hearing date and time: 9/19/2017, 10:00am

   New date requested: 10/24/2017, 10:00am

   Reason for adjournment request: Service issues; schedule conflict; outstanding op reports

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   The United States Trustee has advised they have no objection to adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: 9/13/2017                         /s/ Thaddeus R. Maciag
                                        Signature

*new.8/1/15*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: __10/24/2017, 10:00am__          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2