Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−24276−KCF
        Chapter:  11
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul Vincent Schaeder
   1096B Long Beach Blvd.
   Beach Haven, NJ 08008

Social Security No.:
   xxx−xx−5068

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 25, 2017
JAN: slf

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-24276-KCF
Paul Vincent Schaeder                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1              Date Rcvd: Oct 25, 2017
                            Form ID: 148           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db           +Paul Vincent Schaeder,    1096B Long Beach Blvd.,    Beach Haven, NJ 08008-5626
cr           +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GRE,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516305862    +Long Beach Twp Tax Collector,    Municipal Building,   6805 Long Beach Blvd.,
               Brant Beach, NJ 08008-3665
516305863    +Long Beach Twp Water & Sewer Utility,    6805 Long Beach Blvd.,   Brant Beach, NJ 08008-3665
516305864    +NationStar Mortgage,    PO Box 619063,   Dallas, TX 75261-9063
516305865     North Hudson Sewer Authority,    PO Box 71352,   Philadelphia, PA 19176-1352
516445487    +North Hudson Sewerage Authority,    1600 Adams Street,   Hoboken, New Jersey 07030-2304
516305866     Ocwen Mortgage,    PO Box 785061,   Orlando, FL 32878-5061
516865262    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Department of the Treasury,
               Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: IRS.COM Oct 25 2017 22:23:00     Dist Dir of IRS,   Insolvency Function,    PO Box 724,
               Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2017 22:30:39     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2017 22:30:37     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516305861    +EDI: CINGMIDLAND.COM Oct 25 2017 22:23:00     AT&T,   PO Box 537104,   Atlanta, GA 30353-7104
516514933    +Fax: 407-737-5634 Oct 25 2017 23:02:17     Ocwen Loan Servicing, LLC,
               ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
               West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516333753      Daniel Dell
516333754      William Perez
516317885*    +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for
               HarborView Mortgage Loan Trust Series 2007-2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Thaddeus R. Maciag    on behalf of Debtor Paul Vincent Schaeder MaciagLaw1@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5