**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul Vincent Schaeder

| | |
|---|---|
| Case No.: | 16-24276 |
| Hearing Date: | 11/16/17 |
| Judge: | Ferguson |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 17, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thaddeus R. Maciag<br>Attorney for Debtor | $19,258.50 | $1,809.20 |

*rev. 7/1/04 jml*