UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Paul Vincent Schaeder

Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 16-24276 |
| Hearing Date: | 11/16/17 |
| Judge: | Ferguson |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 17, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thaddeus R. Maciag<br>Attorney for Debtor | $19,258.50 | $1,809.20 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-24276-KCF
Paul Vincent Schaeder                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1            Date Rcvd: Nov 20, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db             +Paul Vincent Schaeder,    1096B Long Beach Blvd.,    Beach Haven, NJ 08008-5626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1
           nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           HarborView Mortgage Loan Trust Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Thaddeus R. Maciag    on behalf of Debtor Paul Vincent Schaeder MaciagLaw1@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5