Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16–24276–KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Paul Vincent Schaeder
　1096B Long Beach Blvd.
　Beach Haven, NJ 08008

Social Security No.:
　xxx–xx–5068

Employer's Tax I.D. No.:

---

## FINAL DECREE

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 4, 2018　　　　　　　Kathryn C. Ferguson
　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court